REMAND / JS-6

1   Julie L. Hussey, Bar No. 237711
    JHussey@perkinscoie.com
2   Ross E. Bautista, Bar No. 312319
3   RBautista@perkinscoie.com
    PERKINS COIE LLP
4   11452 El Camino Real, Suite 300
5   San Diego, CA 92130-2594
    Telephone: 858.720.5700
6   Facsimile: 858.720.5799
7
    Attorneys for Defendant
8   AMAZON.COM, INC.
9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| AZIN ESPAHBOD, | Case No. CV 21−360-GW-Ex |
| Plaintiff, | **ORDER REMANDING CASE TO STATE COURT** |
| v. | |
| AMAZON.COM, INC., ONYX DISTRIBUTION, INC., and DOES 1-100, inclusive, | [Removed from the Superior Court of the State of California for the County of Los Angeles, Case No. 20STCV16594] |
| Defendants. | Complaint Filed: May 1, 2020 |

22      For good cause show, IT IS HEREBY ORDERED:

23      1.      This Action is remanded to the Superior Court of the State of

24   California, County of Los Angeles;

25      2.      Plaintiff Anzin Espahbod ("Plaintiff") will amend the Complaint to

26   clarify that "Onyx Distribution, Inc." is the DBA for "DAJ Distribution, Inc.," a

27   citizen of the state of California.

28
                                  -1-
        [PROPOSED] ORDER REMANDING CASE TO STATE COURT

3.     The Parties shall bear their own attorneys' fees and costs with respect to removal and subsequent remand of the Action.

**IT IS SO ORDERED.**

DATED: January 25, 2021

_____
HON. GEORGE H. WU
UNITES STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER REMANDING CASE TO STATE COURT